**STATE**

v.

**John INFANTALINO.**

**No. 80–258–M.P.**

Supreme Court of Rhode Island.

June 12, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Joseph A. Bevilacqua, Jr., Providence, for defendant.

## ORDER

The petition for writ of habeas corpus is assigned to the calendar for June 20, 1980 at 9:30 a. m. for oral argument.

BEVILACQUA, C. J., and WEISBERGER, J., did not participate.

**STATE**

v.

**Jerry PUGH.**

**STATE**

v.

**David CARLIN.**

**Nos. 77–69–C.A., 77–70–C.A.**

Supreme Court of Rhode Island.

June 12, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Mary E. Levesque, Janice M. Weisfeld, Asst. Public Defenders, for defendants.

## ORDER

The defendants' motion to supplement the record as prayed is granted.

WEISBERGER, J., did not participate.